FILED
SCRANTON

AUG – 5 2016

PER _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FIDELITY DEPOSIT & DISCOUNT BANK:** | |
|    101 North Blakely Street : | |
|    Dunmore, PA 18512 : | |
| : | _ConAB0Y_ |
| **Plaintiff** : | _16-1617_ |
| : | |
| **v.** : | JUDGE_____ |
| : | |
| **LEENA SHAH** : | |
|    20 Tower Road : | |
|    Edison, NJ 08820 : | |
| **ANKIM M. SHAH** : | |
|    64 Chatsworth Court : | |
|    Edison, NJ 08820 : | **JUDGMENT BY CONFESSION** |
| **BHARAT PARIKH** : | |
|    125 Eileen Drive : | |
|    Cedar Grove, NJ 07009 : | **CIVIL ACTION AT LAW** |
| **BHUPENDRA PATEL** : | |
|    aka BHUPEN PATEL : | **AND EQUITY** |
|    27 Canterbury Way : | |
|    Farmingdale, NJ 07727 : | |
| **RITA SHAH** : | |
|    24 Urma Place : | Certified from the record |
|    Bloomfield, NJ 07003 : | Date 9-1-2016 |
| | Peter J. Welsh, Acting Clerk |
| | Per _____ |
| | Deputy Clerk |

DIVYAKANT PATEL                                    :
    936 Beatrice Parkway                           :
    Edison, NJ 08820                               :

HARSHAD PATEL                                      :
    aka Harshadku I. Patel                         :
    6 Connors Court                                :
    Sayreville, NJ 08872                           :
KETUL DESAI                                        :
    8 Dryer Court                                  :
    Plainsboro, NJ 08536                           :
BHARAT SHAH                                        :
    51 Grissing Court                              :
    Cedar Grove, NJ 07009                          :
RIKESH DESAI                                       :
    23 Southall Court                              :
    Wayne, NJ 07670

                    Defendants   :    DOCKET NO.:_____

                                 :

## JUDGMENT

NOW, this 5th day of August, 2016, judgment is hereby entered in

favor of the Plaintiff, Fidelity Deposit & Discount Bank, and against the Defendants, Leena

Shah, Ankim M. Shah, Bharat Parikh, Bhupendra Patel, a/k/a Bhupen Patel, Rita Shah,

Divyakant Patel, Harshad Patel, a.k.a. Harshadku I, Patel, Ketul Desai, Bharat Shah, and

Rikesh Desai in the sum of Four Million One Hundred Fifty-Four Thousand Three

Hundred Twenty-Nine Dollars and 98/100 ($4,154,329.98), plus continuing attorney's fees,

costs and accruing interest, jointly and severally against the Defendant and in favor of

Plaintiff Fidelity Deposit & Discount Bank, together with costs and accruing interest at a

per diem rate of $509.86 until the date that the obligations set forth herein are satisfied in

full.

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA
CLERK OF COURT

Peter J. Welsh, Acting

BY: _____