UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **FIDELITY DEPOSIT & DISCOUNT BANK,** | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) Case No. 16-MC-00246 (JLL) (JAD)<br>) |
| to | )<br>)<br>) |
| **LEENA SHAH, et al.,** | )<br>)<br>) |
| Defendants. | )<br>) |

## ASSIGNMENT OF JUDGMENT

Pursuant to a certain Loan Purchase Agreement and Assignment of Loan Documents, Judgments and Related Interests between **Fidelity Deposit & Discount Bank** ("Fidelity"), as assignor, and **Marina Capital LLC** ("Marina") (with an address of c/o Falcon Companies, 3 Becker Farm Road, Suite 404, Roseland, New Jersey, 07068), as assignee, executed on September 25, 2017 ("Agreement"), and for good and valuable consideration, Fidelity has assigned, granted, transferred, and set over to Marina all of Fidelity's right, title and interest in that certain confessed judgment in the amount of **$4,154,329.98** plus interest and costs, entered by Judge Conaboy of the **United States District Court, Middle District of Pennsylvania (Scranton)**, on August 5, 2016, **Docket No. 3:16-CV-1617 (RPC)**, against Leena Shah, Ankim M. Shah, Bharat Parikh, Bhupendra Patel (*aka* Bhupen Patel), Rita Shah, Divyakant Patel, Harshad Patel, Ketul Desai, Bharat Shah, and Rikesh Desai, with said judgment registered and transferred to the United States District Court for the District of New Jersey, to **Case No. 16-MC-00246 (JLL)**[Docket No 1], and confirmed from the record by the Clerk of the Court on September 1, 2016.

Together with the note, contract and other agreements, documents and obligations therein described and secured thereby, the money due and to become due thereon, with interest and all rights accrued or to accrue to Fidelity as creditor under said Agreement, including the right to release any defendants in whole or in part and to sue thereon, to have and to hold unto Marina and its heirs, successors and assigns forever.

IN WITNESS WHEREOF, Assignor has caused this instrument to be executed and delivered by its duly authorized officer this __6__ day of November 2017.

FIDELITY DEPOSIT & DISCOUNT BANK

BY: _____

**COMMONWEALTH OF PENNSYLVANIA**    : 
                                    SS.
**COUNTY OF LACKAWANNA**             :

    On this the  6  day of  November , 2017, before me a Notary Public, the undersigned officer personally appeared  Eugene Walsh  who acknowledged himself to be  Chief Operating Officer  of  Fidelity D+L  such as a Bank, a corporation, and that he as such officer being authorized to do so, executed the foregoing instrument for the purposes therein contained by signing the name of the corporation by himself as such officer.

    IN WITNESS WHEREOF, I hereunto set my hand and official seal.

```
COMMONWEALTH OF PENNSYLVANIA
       NOTARIAL SEAL
   Briar Laurito, Notary Public
 Dunmore Boro, Lackawanna County
 My Commission Expires Feb. 26, 2019
```
SEAL

_____

My commission expires: 02-26-2019    (NOTARY PUBLIC)