Robert G. Kenny, Esq. (ID# 23721981)
HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
40 Paterson Street, PO Box 480
New Brunswick, NJ 08903
(732) 545-4717
Attorneys for Defendant, Harshad Patel

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Plaintiff, | CIVIL ACTION |
| | NO. 2:16-mc-00246-JLL-JAD |
| MARINA CAPITAL, LLC as successor in interest to FIDELITY DEPOSIT & DISCOUNT BANK | |
| vs. | **NOTICE OF MOTION TO STAY EXECUTION OF JUDGMENT AND STAY OF DISCOVERY IN AID OF LITIGANT'S RIGHTS PENDING THE RESOLUTION OF THE PROCEEDINGS IN RELATED CASE** |
| Defendants, | |
| LEENA, SHAH, ANKIM M. SHAH, BHARAT PARJKH, BHUPENDRA PATEL aka BHUPEN PATEL, RITA SHAH, DIVYAKANT PATEL, HARSHAD PATEL, KETUL DESAI, BHARAT SHAH, and RIKESH DESAI | |

TO: ALL COUNSEL IN THE CAPTIONED MATTER:

PLEASE TAKE NOTICE that on January 16, 2018 at 9:00 am, or as soon thereafter as counsel may be heard, Defendant Harshad Patel will move before this Court, at the Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for an order granting a stay execution of judgment and stay of discovery in aid of litigants rights pending resolution of the proceedings in a related case; and

PLEASE TAKE FURTHER NOTICE that in support of this motion, Defendant will rely upon the accompanying Brief in Support of Motion and Declaration of Michael E. Sachs, Esq.

A proposed form of Order is also submitted herewith.

HOAGLAND, LONGO, MORAN,
DUNST & DOUKAS, LLP
Attorneys for Defendant, Harshad Patel

By: */S/  ROBERT G. KENNY*
ROBERT G. KENNY

HOAGLAND, LONGO
MORAN, DUNST &
DOUKAS, LLP
ATTORNEYS AT LAW

NORTH JERSEY
40 PATERSON ST
PO BOX 480
NEW BRUNSWICK, NJ

SOUTH JERSEY
701 WILTSEY'S MILL RD
SUITE 202
HAMMONTON, NJ

Dated: December 20, 2017

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing documents were filed on December 20, 2017 via the electronic filing system of the District of New Jersey, which will automatically serve all counsel of record:

1. Notice of Defendant's Motion to Stay Execution of Judgment and Discovery in Aid of Litigants Rights.

2. Memorandum of Law in Support of Defendant's Notice of Motion

3. Declaration of Michael E. Sachs, Esq.

3. Proposed Order.

*/s/ ROBERT G. KENNY*
ROBERT G. KENNY

HOAGLAND, LONGO
MORAN, DUNST &
DOUKAS, LLP
ATTORNEYS AT LAW

NORTH JERSEY
40 PATERSON ST
PO BOX 480
NEW BRUNSWICK, NJ

SOUTH JERSEY
701 WILTSEYS MILL RD
SUITE 202
HAMMONTON, NJ

Robert G. Kenny, Esq. (ID# 23721981)
HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
40 Paterson Street, PO Box 480
New Brunswick, NJ 08903
(732) 545-4717
Attorneys for Defendant, Harshad Patel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Plaintiff,<br><br>MARINA CAPITAL, LLC as successor in interest to FIDELITY DEPOSIT & DISCOUNT BANK<br><br>vs.<br><br>Defendants,<br><br>LEENA, SHAH, ANKIM M. SHAH, BHARAT PARJKH, BHUPENDRA PATEL aka BHUPEN PATEL, RITA SHAH, DIVYAKANT PATEL, HARSHAD PATEL, KETUL DESAI, BHARAT SHAH, and RIKESH DESAI | CIVIL ACTION<br>NO. 2:16-mc-00246-JLL-JAD<br><br><br>**ORDER TO STAY EXECUTION OF JUDGMENT AND STAY OF DISCOVERY IN AID OF LITIGANT'S RIGHTS PENDING THE RESOLUTION OF THE PROCEEDINGS IN RELATED CASE** |

THIS MATTER having been brought before the Court on Motion of Hoagland, Longo, Moran, Dunst & Doukas, LLP, attorneys for Defendant, Harshad Patel, for an Order to Stay Proceedings Pending Resolution of Related Case in the within cause of action, and the Court having reviewed the moving papers and for good cause shown;

IT IS ON THIS _____ day of _____, 2018,

ORDERED that:

1. All execution proceedings against defendant Harshad Patel based upon the judgment entered against him in this case are stayed until further order of the Court; and

2. All discovery in aid of litigant's rights against defendant Harshad Patel based upon the judgment entered against him in this case are stayed until further order of the Court; and

HOAGLAND, LONGO
MORAN, DUNST &
DOUKAS, LLP
ATTORNEYS AT LAW

NORTH JERSEY
40 PATERSON ST
PO BOX 480
NEW BRUNSWICK, NJ

SOUTH JERSEY
701 WILTSEY'S MILL RD
SUITE 202
HAMMONTON, NJ

3.   All other legal proceedings related to this legal matter, including execution of writs of execution and other legal proceedings against defendant Harshad Patel based upon the judgment entered against him in this case are stayed until further order of the Court.

IT IS FURTHER ORDERED that a copy of the within Order shall be served upon all counsel of record within seven (7) days of the date hereof.

_____
J.S.C.

HOAGLAND, LONGO
MORAN, DUNST &
DOUKAS, LLP
ATTORNEYS AT LAW

NORTH JERSEY
40 PATERSON ST
PO BOX 480
NEW BRUNSWICK, NJ

SOUTH JERSEY
701 WILTSEY'S MILL RD
SUITE 202
HAMMONTON, NJ

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Plaintiff,

MARINA CAPITAL, LLC as successor in interest
to FIDELITY DEPOSIT & DISCOUNT BANK

vs.

Defendants,

LEENA, SHAH, **ANKIM M.** SHAH, BHARAT
PARJKH, BHUPENDRA PATEL aka BHUPEN
PATEL, RITA SHAH, DIVYAKANT PATEL,
HARSHAD PATEL, KETUL DESAI, BHARAT
SHAH, and RIKESH DESAI

CIVIL ACTION
NO. 2:16-mc-00246-JLL-JAD

---

**BRIEF IN SUPPORT OF DEFENDANT
HARSHAD PATEL'S
MOTION TO STAY EXECUTION OF JUDGMENT AND DISCOVERY IN AID OF LITIGANT'S
RIGHTS PENDING RESOLUTION OF RELATED CASE**

HOAGLAND, LONGO, MORAN,
DUNST & DOUKAS, LLP
Attorneys for Defendant,
Harshad Patel
40 Paterson Street, P.O. Box 480
New Brunswick, NJ 08903
(732) 545-4717

HOAGLAND, LONGO
MORAN, DUNST &
DOUKAS, LLP
ATTORNEYS AT LAW

NORTH JERSEY
40 PATERSON ST
PO BOX 480
NEW BRUNSWICK, NJ

SOUTH JERSEY
701 WILTSEY'S MILL RD
SUITE 202
HAMMONTON, NJ

ROBERT G. KENNY, ESQ.
On the Brief

# TABLE OF CONTENTS

PRELIMINARY STATEMENT .............................................. 2

STATEMENT OF FACTS ................................................. 4

LEGAL ARGUMENT

    DEFENDANT WOULD BE UNDULY PREJUDICED IF THE STAY OF JUDGMENT AND
    DISCOVERY IN AID OF LITIGANT'S RIGHTS IS NOT GRANTED BECAUSE THE
    PENDING MOTION IN THE PENNSYLVANIA MATTER CHALLENGING THE
    CONFESSION OF JUDGMENT FORMS THE BASIS FOR THE JUDGMENT IN THE
    NEW JERSEY MATTER

    ..................................................... 8

CONCLUSION ....................................................... 11

HOAGLAND, LONGO
MORAN, DUNST &
DOUKAS, LLP
ATTORNEYS AT LAW

NORTH JERSEY
40 PATERSON ST
PO BOX 480
NEW BRUNSWICK, NJ

SOUTH JERSEY
701 WILTSEY'S MILL RD
SUITE 202
HAMMONTON, NJ

1

## PRELIMINARY STATEMENT

On August 5, 2016, Fidelity Deposit & Discount Bank (the "Bank"), obtained a Judgment by Confession in the amount of $4,154,329.98 against defendant Harshad Patel ("Patel") and several other defendants in the U.S. District Court for the Middle District of Pennsylvania in the matter captioned Fidelity Deposit & Discount Bank v. Shah, et al. Case No. 3:16-cv-01617 (the "Pennsylvania Action") See Exh A.

On August 5, 2016, the Bank registered that Judgment in this Court See Exh. B. Thereafter, the Bank assigned the Judgment to Plaintiff Marina Capital, LLC ("Plaintiff" or "Marina Capital").

On December 15, 2017, Defendant Patel, through Pennsylvania counsel, filed a Notice of Motion in the Pennsylvania Action seeking a Stay on the Execution of Judgment, A Stay of Discovery in Aid of Execution, Marking the Judgment Against him as Satisfied, or to Determine the Amount of the Deficiency Judgment (the "Pennsylvania Motion") (A copy of the motion is attached to the accompanying Declaration of Michael E. Sachs, Esq. The Pennsylvania Motion raises serious issues regarding the enforceability of the Judgment by Confession obtained in Pennsylvania. Among other things, the Pennsylvania Motion establishes that the Judgment by Confession that

HOAGLAND, LONGO
MORAN, DUNST &
DOUKAS, LLP
ATTORNEYS AT LAW

NORTH JERSEY
40 PATERSON ST
PO BOX 480
NEW BRUNSWICK, NJ

SOUTH JERSEY
701 WALTSEY'S MILL RD
SUITE 202
HAMMONTON, NJ

Marina Capital is currently attempting to levy upon violates the Pennsylvania Deficiency Judgment statute and seeks an Order that the judgment against Patel be marked satisfied.   In light of the issues raised in the Pennsylvania Motion regarding the validly and enforceability of the Judgment by Confession in Pennsylvania and by extension the Judgment registered in this Court, Marina Capital's current efforts to execute on the Judgment by Confession as to Patel, including efforts to obtain discovery from him, should be stayed pending resolution of the Pennsylvania Motion.[1]

HOAGLAND, LONGO
MORAN, DUNST &
DOUKAS, LLP
ATTORNEYS AT LAW

NORTH JERSEY
40 PATERSON ST
PO BOX 480
NEW BRUNSWICK, NJ

SOUTH JERSEY
701 WILTSEY'S MILL RD
SUITE 202
HAMMONTON, NJ

---

[1] The undersigned counsel, Hoagland Longo Moran Dunst & Doukas, LLP will be filing a Substitution of Counsel replacing Patel's current counsel of record.

3

## STATEMENT OF FACTS[2]

In 2008 and 2009, plaintiff, Fidelity Deposit & Discount Bank (the "Bank"), made loans to Clarks Summit Hospitality, LLC ("Clarks Summit") for the purchase of a hotel property and an adjacent property in Lackawanna County, Pennsylvania. The loans were guaranteed by different members of Clarks Summit. Defendant Harshad Patel is a minority investor/member of Clarks Summit and a guarantor on one of the loans.

In July 2016, the Bank obtained judgments by confession in the United States District Court for the Middle District of Pennsylvania[3] and registered the judgments in New Jersey, where defendant Harshad Patel and other guarantors under the loan reside.[4] See Exhibits "A" and "B". The judgment registered against Harshad Patel and his co-guarantors is in the amount of $4,154,329.98. The other judgment the Bank transferred to New Jersey, on which Mr. Patel is not a guarantor, is in the amount of $911,116.87. The Bank began execution proceedings in New Jersey.

HOAGLAND, LONGO
MORAN, DUNST &
DOUKAS, LLP
ATTORNEYS AT LAW

NORTH JERSEY
40 PATERSON ST
PO BOX 480
NEW BRUNSWICK, NJ

SOUTH JERSEY
701 WILTSEYS MILL RD
SUITE 202
HAMMONTON, NJ

---

[2] The Statement of Facts is summarized from the Pennsylvania Motion which is attached to the accompanying Declaration of Michael Sachs as Exhibit A.

[3] Note, there is a related Pennsylvania case, docketed at 3:16-CV-01616, involving the same plaintiff and some of the same defendants, but in which Harshad Patel is not a defendant because he was not a guarantor of that underlying loan.
[4] This refers to the present captioned matter and related 2:16-mc-00245, for which Harshad Patel is not a guarantor.

In July 2017, the Bank purchased all of Clarks Summit real property in Lackawanna County at sheriff's sale for far less than its fair market value, and subsequently resold the property to 1101 Northern Boulevard, LLC ("1101") for $4,100,000. See Exhibits "C" and "D". Neither the Bank, nor 1101, nor the Banks's assignee of the judgments, Marina Capital, LLC ("Marina")[5], filed a petition to fix the fair market value of the real property or took any other action to establish whether a deficiency remained on the judgments after the Bank received $4,100,000 for the property.

Marina has continued its efforts to execute against defendant Harshad Patel and/or to pursue discovery in aid of execution, notwithstanding that the creditor has not established the existence of a deficiency judgment or the amount of such deficiency if any.

On December 15, 2017, Defendant Harshad Patel filed a motion in the Pennsylvania matter 3:16-cv-01617-RPC seeking to Stay Execution of Judgment; to Stay Discovery in Aid of Execution; To Mark the Judgment Against Him Satisfied; or to Determine the Amount of the Deficiency Judgment, if any, and to Allocate the Proceeds of the Creditor's Real Property Sale Between the Outstanding Judgments.

HOAGLAND, LONGO
MORAN, DUNST &
DOUKAS, LLP
ATTORNEYS AT LAW

NORTH JERSEY
40 PATERSON ST
PO BOX 480
NEW BRUNSWICK, NJ

SOUTH JERSEY
701 WILTSEYS MILL RD
SUITE 202
HAMMONTON, NJ

---

[5] See Docket No. 8, in 3:16-cv-01617-RPC, Assignment of Judgment from the Bank to Marina Capital, LLC, which is an affiliate of 1101 Northern Boulevard, LLC. The sale appears to have been an insider transaction, as one of the principals of 1101 and Marina is also the managing member of Clarks Summit.

Execution of Judgment continues in the above captioned matter.  So too does Discovery in Aid of Litigant's Rights.  Writs of Execution against the Defendant also continue.

HOAGLAND, LONGO
MORAN, DUNST &
DOUKAS, LLP
ATTORNEYS AT LAW

NORTH JERSEY
40 PATERSON ST
PO BOX 480
NEW BRUNSWICK, NJ

SOUTH JERSEY
701 WILTSEYS MILL RD
SUITE 202
HAMMONTON, NJ

6

<u>LEGAL ARGUMENT</u>

<u>DEFENDANT WOULD BE UNDULY PREJUDICED IF THE STAY OF JUDGMENT AND DISCOVERY IN AID OF LITIGANT'S RIGHTS IS NOT GRANTED BECAUSE THE PENDING MOTION IN THE PENNSYLVANIA MATTER CHALLENGING THE CONFESSION OF JUDGMENT FORMS THE BASIS FOR THE JUDGMENT IN THE NEW JERSEY MATTER.</u>

Whether to stay a pending case is within the Court's sound discretion. <u>Ethicon, Inc. v. Quigg</u>, 849 F. 2d. 1422, 1426-27 (Fed.Cir. 1998); <u>Motson v. Franklin Covey Co.</u>, 2005 U.S. Dist. LEXIS 34067, 2005 WL 3465664 (D.N.J. Dec. 16, 2005); <u>Lockwood v. NationStar Mortgage, LLC</u>, 2011 U.S. Dist. LEXIS 22939, 2011 WL 843934 (D.N.J. Mar. 8, 2011). In order to make a determination regarding whether to stay a case, Courts are tasked with a three factor test. First, the Court must decide "whether a stay would unduly prejudice or present a clear tactical disadvantage to the non-moving party", second, the Court must determine "whether a stay will simplify the issues and the trial of the case"; and third, "whether discovery is complete and a trial date has been set." <u>Xerox Corp. v. 3Com Corp.</u>, 69 F. Supp. 2d 404, 406 (W.D.N.Y. 1999); <u>GPAC, Inc. v. DWW Enterprises, Inc.</u>, 144 F.R.D. 60, 66 (D.N.J 1992).

In the present matter, Clarks Summit Hospitality, LLC ("Clarks Summit"), defaulted on their loan obligations related to the purchase of real property, resulting in foreclosure and eventual

HOAGLAND, LONGO
MORAN, DUNST &
DOUKAS, LLP
ATTORNEYS AT LAW

NORTH JERSEY
40 PATERSON ST
PO BOX 480
NEW BRUNSWICK, NJ

SOUTH JERSEY
701 WILTSEY'S MILL RD
SUITE 202
HAMMONTON, NJ

7

sheriff's sale on July 11, 2017 to Fidelity Deposit & Discount Bank (the "Bank") for significantly less than fair market value. Thereafter, the Bank sold the Property to 1101 Northern Boulevard, LLC ("1101"), an entity whose principal is also the Managing Member of Clarks Summit, for $4,100,000. A separate bank loaned 1101 Northern Boulevard, LLC $4,500,000 to complete this purchase, suggesting that this independent bank determined that the real property in question was worth significantly in excess of $4,500,000.

In the United States District Court for the Middle District of Pennsylvania, Defendant Harshad Patel is challenging the validity of the confession of judgment that forms the basis of relief for the above captioned matter. On December 15, 2017, Defendant filed a motion challenging the validity of that judgment on the basis of failing to abide by the Deficiency Judgment Act.

The judgment in the Pennsylvania matter forms the very basis for judgment in the above captioned matter. The motion challenging that judgment brings into question whether the judgment which is being enforced in the present matter is valid or enforceable. As a result a Stay of Judgment and a Stay of the Discovery in Aid of Litigant's Rights is necessary to prevent undue prejudice to the Defendant.

HOAGLAND, LONGO
MORAN, DUNST &
DOUKAS, LLP
ATTORNEYS AT LAW

NORTH JERSEY
40 PATERSON ST
PO BOX 480
NEW BRUNSWICK, NJ

SOUTH JERSEY
701 WILTSEY'S MILL RD
SUITE 202
HAMMONTON, NJ

Applying the three factor test necessary for Courts to grant a Stay, it is clear that a stay is necessary to aid in the administration of justice in the present case.

The first factor, whether a stay would unduly prejudice or present a clear tactical disadvantage to the non-moving party, is not present in the existing case. In fact, any prejudice or tactical disadvantage only relates to the Defendant Patel here. This is due to the relation of the Pennsylvania judgment to the judgment on the above captioned matter. As discussed, Plaintiff obtained a confession of judgment in Pennsylvania and then registered it as a foreign judgment with the State of New Jersey where Patel resides. Thus, the legitimacy of the Judgment in the present matter is fully dependent upon the judgment in the Pennsylvania matter. Without a stay, enforcement of this judgment when the underlying judgment's validity is being questioned would result in severe prejudice to Defendant Harshad Patel.

The second factor lends further support to the importance of granting a stay in the present matter. Courts must look whether a stay will simplify the issues and the trial of the case, and it should be of little debate to see that granting a stay provides clarity and simplifies the multiple dockets in existence related to this matter. The entirety of the legal justification for the existence of the registered judgment in New Jersey (related to both 2:16-mc-00245 and the subject docket 2:16-mc-00246) is premised upon

HOAGLAND, LONGO
MORAN, DUNST &
DOUKAS, LLP
ATTORNEYS AT LAW

NORTH JERSEY
40 PATERSON ST
PO BOX 480
NEW BRUNSWICK, NJ

SOUTH JERSEY
701 WILTSEY'S MILL RD
SUITE 202
HAMMONTON, NJ

the enforceability of the judgments in the Pennsylvania dockets. The pending motion, challenging whether the Pennsylvania judgment has complied with the Deficiency Judgment Act raises significant questions as to whether the New Jersey judgments are valid. Thus, a stay, pending the resolution of the pending motion in Pennsylvania would significantly simplify the issues existing in the present matter. This is because that motion answers the question and would confirm whether the present judgment is valid and fully enforceable. Granting the stay in this matter would go a long way to simplifying the issues that form the basis for all of these disputes.

Finally, the court should grant the stay in the present matter pending resolution of the motion in the related Pennsylvania case because it would have no little effect on the overarching nature of discovery and other legal proceedings in this matter. As noted above, the current New Jersey case is presently in the discovery phase to aid in litigant's rights. In particular, Plaintiff is attempting to enforce the Defendant's appearance at a deposition to provide information related to the Defendant's financial situation. However, this discovery is fully dependent upon the assumption that the judgment is valid and enforceable. Presently, the motion pending in the Pennsylvania Court challenges that assumption. If the Plaintiff's judgment is found to be in violation of the Deficiency Judgment Act, the judgment forming the basis for relief in the present New Jersey matter will also need to be altered. As a

HOAGLAND, LONGO
MORAN, DUNST &
DOUKAS, LLP
ATTORNEYS AT LAW

NORTH JERSEY
40 PATERSON ST
PO BOX 480
NEW BRUNSWICK, NJ

SOUTH JERSEY
701 WILTSEY'S MILL RD
SUITE 202
HAMMONTON, NJ

result, there should be no hesitation with respect to the third factor when considering whether to grant a stay of execution of judgment and the related discovery to aid litigant's rights.

## CONCLUSION

For all of the foregoing reasons, it is respectfully requested that the Motion for Order to Stay Proceedings Pending Resolution of Related Case be granted.

Respectfully submitted,

HOAGLAND, LONGO, MORAN,
  DUNST & DOUKAS, LLP
Attorneys for Defendant, Harshad Patel

By: */S/ ROBERT G. KENNY*
      ROBERT G. KENNY

Dated: December 20, 2017

HOAGLAND, LONGO
MORAN, DUNST &
DOUKAS, LLP
ATTORNEYS AT LAW

NORTH JERSEY
40 PATERSON ST
PO BOX 480
NEW BRUNSWICK, NJ

SOUTH JERSEY
701 WILTSEY'S MILL RD
SUITE 202
HAMMONTON, NJ

11

# EXHIBIT A

FILED
SCRANTON

AUG – 5 2016

PER ᴧ

DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FIDELITY DEPOSIT & DISCOUNT BANK:
   101 North Blakely Street
   Dunmore, PA 18512

                Plaintiff

   v.

                : JUDGE

LEENA SHAH
   20 Tower Road
   Edison, NJ 08820
ANKIM M. SHAH
   64 Chatsworth Court
   Edison, NJ 08820
BHARAT PARIKH
   125 Eileen Drive
   Cedar Grove, NJ 07009
BHUPENDRA PATEL
   aka BHUPEN PATEL
   27 Canterbury Way
   Farmingdale, NJ 07727
RITA SHAH
   24 Urma Place
   Bloomfield, NJ 07003

CONABOY

16-1617

JUDGMENT BY CONFESSION

CIVIL ACTION AT LAW

AND EQUITY

DIVYAKANT PATEL
    936 Beatrice Parkway
    Edison, NJ 08820

HARSHAD PATEL
    aka Harshadku I. Patel
    6 Connors Court
    Sayreville, NJ 08872

KETUL DESAI
    8 Dryer Court
    Plainsboro, NJ 08536

BHARAT SHAH
    51 Grissing Court
    Cedar Grove, NJ 07009

RIKESH DESAI
    23 Southall Court
    Wayne, NJ 07670

               **Defendants**     CV 16 1617

DOCKET NO.: _____

## JUDGMENT

NOW, this 5th day of August, 2016, judgment is hereby entered in favor of the Plaintiff, Fidelity Deposit & Discount Bank, and against the Defendants, Leena Shah, Ankim M. Shah, Bharat Parikh, Bhupendra Patel, a/k/a Bhupen Patel, Rita Shah, Divyakant Patel, Harshad Patel, a.k.a. Harshadku I. Patel, Ketul Desai, Bharat Shah, and Rikesh Desai in the sum of Four Million One Hundred Fifty-Four Thousand Three Hundred Twenty-Nine Dollars and 98/100 ($4,154,329.98), plus continuing attorney's fees, costs and accruing interest, jointly and severally against the Defendant and in favor of Plaintiff Fidelity Deposit & Discount Bank, together with costs and accruing interest at a per diem rate of $509.86 until the date that the obligations set forth herein are satisfied in

full.

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA
CLERK OF COURT
Peter J. Welsh, Acting

BY: _____

# EXHIBIT B

AO 451  (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT

### for the

### Middle District of Pennsylvania

16 mc 246

| | | |
|---|---|---|
| FIDELITY DEPOSIT & DISCOUNT BANK | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action  No.  2016 CV 01617 |
| LEENA SHAH , et al | ) | |
| Defendant | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   8 - 5 -2016

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:   9- 1-2016

CLERK OF COURT

, Dep. Clerk

Signature of Clerk or Deputy Clerk

Case 2:16-mc-00246-JLL-JAD   Document 62   Filed 12/20/17   Page 23 of 49 PageID: 277

Case 2:16-mc-00246-JLL-JAD   Document 1-1   Filed 08/05/16   Page 1 of 3 PageID: 2
Case 3:16-cv-01617-RPC   Document 6   Filed 08/05/16   Page 1 of 3

FILED
SCRANTON

AUG - 5 2016

PER _____

DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FIDELITY DEPOSIT & DISCOUNT BANK:
    101 North Blakely Street
    Dunmore, PA 18512

               Plaintiff

     v.

    : JUDGE _____

LEENA SHAH
    20 Tower Road
    Edison, NJ 08820
ANKIM M. SHAH
    64 Chatsworth Court
    Edison, NJ 08820
BHARAT PARIKH
    125 Eileen Drive
    Cedar Grove, NJ 07009
BHUPENDRA PATEL
    aka BHUPEN PATEL
    27 Canterbury Way
    Farmingdale, NJ 07727
RITA SHAH
    24 Urma Place
    Bloomfield, NJ 07003

JUDGMENT BY CONFESSION

CIVIL ACTION AT LAW

AND EQUITY

Certified from the record
Date ___9-1-2016___
Peter J. Welsh, Acting Clerk
Per _____
Deputy Clerk

DIVYAKANT PATEL                         :
   936 Beatrice Parkway               :
   Edison, NJ 08820                   :

HARSHAD PATEL                          :
   aka Harshadku I. Patel             :
   6 Connors Court                    :
   Sayreville, NJ 08872               :
KETUL DESAI                            :
   8 Dryer Court                      :
   Plainsboro, NJ 08536               :
BHARAT SHAH                            :
   51 Grissing Court                  :
   Cedar Grove, NJ 07009              :
RIKESH DESAI                           :
   23 Southall Court                  :
   Wayne, NJ 07670                    :   CV 16   1617

       Defendants     :   DOCKET NO.:_____
_____:

## JUDGMENT

NOW, this __5-H__ day of __August__, 2016, judgment is hereby entered in favor of the Plaintiff, Fidelity Deposit & Discount Bank, and against the Defendants, Leena Shah, Ankim M. Shah, Bharat Parikh, Bhupendra Patel, a/k/a Bhupen Patel, Rita Shah, Divyakant Patel, Harshad Patel, a.k.a. Harshadku I, Patel, Ketul Desai, Bharat Shah, and Rikesh Desai in the sum of Four Million One Hundred Fifty-Four Thousand Three Hundred Twenty-Nine Dollars and 98/100 ($4,154,329.98), plus continuing attorney's fees, costs and accruing interest, jointly and severally against the Defendant and in favor of Plaintiff Fidelity Deposit & Discount Bank, together with costs and accruing interest at a per diem rate of $509.86 until the date that the obligations set forth herein are satisfied in

full.

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA
CLERK OF COURT
Peter J. Welsh, Acting

BY: _____

*16 - mc - 249 (16 - 1616)*
*16 - mc - 246 (16-1617)*

**NOGI, APPLETON, WEINBERGER & WREN, P. C.**
ATTORNEYS AT LAW
415 WYOMING AVENUE
SCRANTON, PENNSYLVANIA 18503

TELEPHONE 570-963-8880
TELECOPIER 570-963-9372

EMAIL
MRWREN@AOL.COM

JACOB I. NOGI
JOHN H. APPLETON
MYLES R. WREN*
ANN LAVELLE POWELL
JOHN M. MURPHY
BRICE C. PAUL
JOSEPH L. DeNAPLES

* ALSO MEMBER OF NEW YORK BAR

DOUGLAS P. THOMAS
JERRY J. WEINBERGER, P.C.
COUNSEL TO THE FIRM

DONALD J. FENDRICK

September 2, 2016

William T. Walsh, Clerk
United States District Court for the
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**RECEIVED**
SEP - 6 2016
AT 8:30_____M
WILLIAM T. WALSH, CLERK

Re:     Foreign Judgment Registration Forms

Dear Clerk Walsh:

Enclosed with this correspondence, please find two (2) certified judgments entered in the United States District Court for the Middle District of Pennsylvania to terms and numbers 2016-CV-1616 and 2016-CV-1617.  Attached to the Foreign Judgment registration forms are copies of the entered Judgments certified by the Middle District Court here in Pennsylvania.  Also enclosed is Check No. 48810 in the amount of $92.00 which will pay for the Court's filing fees and registrations of these Judgments.

I am also including a self-addressed stamped envelope and two (2) additional copies to be time stamped and returned to me.

Should you have any questions or concerns regarding the enclosure and the request, please contact me immediately.  Thank you for your cooperation and attention to this matter.

Very Truly Yours,

Nogi, Appleton, Weinberger & Wren, P.C.

Joseph L. DeNaples, Esquire

JLD/sc
Enclosure

# EXHIBIT C



**EVIE RAFALKO MCNULTY**
Lackawanna County Recorder of Deeds
Gateway Center
135 Jefferson Avenue
Scranton, Pennsylvania 18503



This is a certification page
***This page is now part of this legal document – DO NOT DETACH***

Recording:

| | |
|---|---|
| Recording Fees – ROD | 15.00 |
| Cover/Index Page | 2.00 |
| Parcel Certification | 10.00 |
| State Writ Tax | 0.50 |
| State JCS/Access to Justi | 35.50 |
| Affordable Housing | 13.00 |
| County Improvement Fee | 2.00 |
| ROD Improvement Fee | 3.00 |
| Sub Total: | 81.00 |

INSTRUMENT #:   201713690

Receipt#: 284970
Clerk:     EN
Rec Date: 08/31/2017 10:45:05 AM
Doc Grp:  D
Descrip:  DEED – SHERIFF
Num Pgs:  5
Rec'd Frm: SHERIFF LACKAWANNA COUNTY

Party1:   CLARKS SUMMIT HOSPITALITY LLC
Party2:   FIDELITY DEP & DISC BK
Town:     SOUTH ABINGTON TOWNSHIP

Consideration: 24401.79
Taxable Amount: 0.00
Assessed Value: 138350.00

| | |
|---|---|
| Transfer Tax | |
| STATE TRANSFER TAX | 0.00 |
| SOUTH ABINGTON TOWNSHIP | 0.00 |
| ABINGTON HEIGHTS SCHOOL D | 0.00 |
| Sub Total: | 0.00 |
| Total: | 81.00 |

**** NOTICE: THIS IS NOT A BILL ****

I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office of Lackawanna County, Pennsylvania.



*Evelyn Rafalko McNulty*

Evelyn Rafalko McNulty
Recorder of Deeds

** Information may change during the verification process and may not be reflected on this page

Record and Return To:

SHERIFF LACKAWANNA COUNTY
COURT HOUSE
200 N. WASHINGTON AVE.
SCRANTON PA 18503
BOX 136

# DEED

**KNOW ALL MEN BY THESE PRESENTS**, that I, MARK P. McANDREW, Sheriff of the County of Lackawanna, in the Commonwealth of Pennsylvania, for and in consideration of the sum of **TWENTY-FOUR THOUSAND FOUR HUNDRED ONE DOLLARS AND 79/100 ($24,401.79)** to me in hand paid, do hereby grant and convey to **FIDELITY DEPOSIT & DISCOUNT BANK**

ALL that certain lot, piece or parcel of land situate, lying and being in the **TOWNSHIP OF SOUTH ABINGTON**, County of Lackawanna and Commonwealth of Pennsylvania, designated and more specifically described in the attached

## EXHIBIT "A"

COAL AND MINERALS excepted and reserved as in former deeds in chain of title of said premises.

WITH IMPROVEMENTS thereon known as RT. 6 AND 11 L1, SOUTH ABINGTON TOWNSHIP, A/K/A 1101 NORTHERN BOULEVARD, CLARKS SUMMIT, Pennsylvania, having a Tax Parcel Number of **10004-010-00403** with an assessment value of **$138,350.00**. The same having been sold by me on the 11th day of JULY, Anno Domini, two thousand seventeen (2017) as Sale Number 15, after due advertisement according to law, under and by virtue of a Writ of Execution issued on the 12th day of AUGUST, Anno Domini, two thousand sixteen (2016), out of the Court of Common Pleas of the County of Lackawanna, Commonwealth of Pennsylvania, as Civil No. **16-CV-4460** at the suit of **FIDELITY DEPOSIT & DISCOUNT BANK V. CLARKS SUMMIT HOSPITALITY, LLC.**

IN WITNESS WHEREOF, I have hereunto affixed my signature, this 31st day of August, 2017.

Mark P. McAndrew, Sheriff

SHERIFF SALE # **15 OF 11/15/16**
SALE DATE: **July 11, 2017**
PROPERTY LOCATION: **RT.6 AND 11 L1, SOUTH ABINGTON TOWNSHIP, A/K/A 1101 NORTHERN BOULEVARD, CLARKS SUMMIT, PA**

COMMONWEALTH OF PENNSYLVANIA:

                                        SS.

COUNTY OF LACKAWANNA                  :

          BEFORE me the undersigned Clerk of Judicial Records of the Court of Common Pleas of Lackawanna County, State aforesaid, personally appeared Mark P. McAndrew, Sheriff of Lackawanna County aforesaid, and in due form of law declared that the facts set forth in the foregoing Deed are true, and that he acknowledged the same in order that the said Deed might be recorded.

          WITNESS my hand and seal of said Court this _31st_ day of _Aug._ , 2017.

              **MAURI B. KELLY**
       **CLERK OF JUDICIAL RECORDS**
            **MY COMMISSION**
       **EXPIRES FIRST MONDAY**
          **OF JANUARY 2020**

                                       Mauri B. Kelly
                                       Clerk of Judicial Records

I hereby certify, that the precise residence of the Grantee is:

101 North Blakely Street
Dunmore, PA 18512

_____
Agent

LEGAL DESCRIPTION PIN 10004-010-00403

ALL THAT CERTAIN piece or parcel of land situate in South Abington Township, County of Lackawanna, Commonwealth of Pennsylvania, bounded and described as follows:

BEGINNING at an iron pin along the southerly right-of-way line of Northern Boulevard (State Route 6 and 11). Said point being the northeast corner of Lot #1.

THENCE, along lands of The Inn at Nichols Village, Inc. (Lot #2) south 46°07'33" west a distance of 160.92 feet to a point;

THENCE continuing along said lands south 42°42'37" east a distance of 37.24 feet to a point;

THENCE continuing along said lands south 47°17'23" west a distance of 128.20 feet to a point;

THENCE along lands of the Delaware Hudson Railroad north 42°42'37" west a distance of 542.85 feet to a point;

THENCE north 59°54'53" east a distance of 123.43 feet to a point;

THENCE along lands of Mark Clarks Summit South Associates, L.P. south 30°05'07" east a distance of 275.04 feet to a point;

THENCE continuing along said lands north 58°44'35" east a distance of 246.32 feet to a point along the southerly right-of-way line of Northern Boulevard;

THENCE continuing along said right-of-way line along a curve to the left having a radius of 1,682.79 feet, an arcl length of 158.63 feet, a chord length of 158.57 feet with a chord bearing of south 38°07'46" east to the POINT OF BEGINNING;

CONTAINING an area of 86,692 square feet or 1.99 acres more or less.

BEING the same premises conveyed to Clarks Summit Hospitality, LLC by Deed from DEPG Clarks Summit Associates, LP, dated August 18, 2009 and recorded to Lackawanna County Recorder of Deeds Instrument #200921923.

LACKAWANNA COUNTY
Certified Property Identification
MUNI: _____ 35
AUG 1 6 2017
PIN: 10004-010-00403
USE: 460   ASSESS VAL 138,350
CLERK Gm 10.00

Exhibit "A"

REV-183 EX (2-15)

 pennsylvania
DEPARTMENT OF REVENUE
Bureau of Individual Taxes
PO BOX 280603
Harrisburg, PA 17128-0603

## REALTY TRANSFER TAX
## STATEMENT OF VALUE

See reverse for instructions.

**RECORDER'S USE ONLY**
State Tax Paid
Book Number
Page Number      Inst 201713690
Date Recorded    8-31-17

Complete each section and file in duplicate with Recorder of Deeds when (1) the full value/consideration is not set forth in the deed, (2) the deed is without consideration or by gift, or (3) a tax exemption is claimed. If more space is needed, please attach additional sheets. A Statement of Value (SOV) is not required if the transfer is wholly exempt from tax based on family relationship or public utility easement. However, it is recommended that a SOV accompany all documents filed for recording.

### A. CORRESPONDENT – All inquiries may be directed to the following person:

| Name | | Telephone Number: |
|---|---|---|
| Joseph L. DeNaples, Esquire, Cipriani & Werner | | (570) 347-0600 |

| Mailing Address | City | State | ZIP Code |
|---|---|---|---|
| 409 Lackawanna Avenue, Suite 402 | Scranton | PA | 16503 |

### B. TRANSFER DATA

Date of Acceptance of Document  7 /11/17

| Grantor(s)/Lessor(s) | Telephone Number: | Grantee(s)/Lessee(s) | Telephone Number: |
|---|---|---|---|
| Lackawanna County Sheriff's Office | (570) 963-6719 | Fidelity Deposit & Discount Bank | (570) 504-8045 |

| Mailing Address | | Mailing Address | |
|---|---|---|---|
| 200 North Washington Avenue | | 101 North Blakely Street | |

| City | State | ZIP Code | City | State | ZIP Code |
|---|---|---|---|---|---|
| Scranton | PA | 18503 | Dunmore | PA | 18512 |

### C. REAL ESTATE LOCATION

| Street Address | City, Township, Borough |
|---|---|
| 1101 Northern Blvd | South Abington Township |

| County | School District | Tax Parcel Number |
|---|---|---|
| Lackawanna | Abington | 10004-010- 0043 |

### D. VALUATION DATA

Was transaction part of an assignment or relocation?  ☐ Y  ☒ N

| 1. Actual Cash Consideration | 2. Other Consideration | 3. Total Consideration |
|---|---|---|
| $24,401.79 | +0.00 | =$24,401.79 |

| 4. County Assessed Value | 5. Common Level Ratio Factor | 6. Computed Value |
|---|---|---|
| 138,350.00 | x 6.67 | = 922,794.50 |

### E. EXEMPTION DATA - Refer to instructions for exemption status.

| 1a. Amount of Exemption Claimed | 1b. Percentage of Grantor's Interest in Real Estate | 1c. Percentage of Grantor's Interest Conveyed |
|---|---|---|
| $ 922,794.50 | 100.00 % | 100.00 % |

2. Check Appropriate Box Below for Exemption Claimed.

☐ Will or intestate succession.

_____ _____
(Name of Decedent)                    (Estate File Number)

☐ Transfer to a trust. (Attach complete copy of trust agreement identifying all beneficiaries.)

☐ Transfer from a trust. Date of transfer into the trust _____
   If trust was amended attach a copy of original and amended trust.

☐ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)

☐ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (If condemnation or in lieu of condemnation, attach copy of resolution.)

☒ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of mortgage and note/assignment.)

☐ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)

☐ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

☐ Other (Please explain exemption claimed.) _____

Under penalties of law, I declare that I have examined this statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

| Signature of Correspondent or Responsible Party | Date |
|---|---|
| | 8-1-17 |

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.**

# KELLEY  POLISHAN & SOLFANELLI, LLC
## ATTORNEYS AT LAW

Eugene C. Kelley, Esquire
Phone: 570-562-4520 Ext. 101
Email: ekelley@kpwslaw.com

November 21, 2017

DANIEL P. BERNSTEIN, ESQUIRE
CALZARETTO & BERNSTEIN, LLC
Via Email: d.p.bertnstein1@gmail.com

Re:   Sheriff's Deed to Fidelity Deposit & Discount Bank dated August 31, 2017,
      recorded August 31, 2017 in Lackawanna County
      KPS File No. 3050.00

Dear Dan:

Attached is a copy of the Deed from the Sheriff of Lackawanna County to Fidelity which you requested we obtain.

Let me know if you need anything further.

Sincerely,

EUGENE C. KELLEY

INSTR#: 201713691   08/31/2017   DEED   SHERIFF   Image: 1 of 7



**EVIE RAFALKO MCNULTY**
Lackawanna County Recorder of Deeds
Gateway Center
135 Jefferson Avenue
Scranton, Pennsylvania 18503

This is a certification page
***This page is now part of this legal document – DO NOT DETACH***



INSTRUMENT #:   201713691

Receipt#: 284972
Clerk:       EN
Rec Date: 08/31/2017 10:52:23 AM
Doc Grp:  D
Descrip:  DEED - SHERIFF
Num Pgs:  7
Rec'd Frm: SHERIFF LACKAWANNA COUNTY

Party1:   CLARKS SUMMIT HOSPITALITY LLC
Party2:   FIDELITY DEP & DISC BK
Town:     SOUTH ABINGTON TOWNSHIP

Consideration: 120682.74
Taxable Amount: 0.00
Assessed Value: 768265.00

Recording:

| Recording Fees - ROD | 17.50 |
| Cover/Index Page | 2.00 |
| Parcel Certification | 20.00 |
| State Writ Tax | 0.50 |
| State JCS/Access to Justi | 35.50 |
| Affordable Housing | 13.00 |
| County Improvement Fee | 2.00 |
| ROD Improvement Fee | 3.00 |

Sub Total:                   93.50

| Transfer Tax | |
| STATE TRANSFER TAX | 0.00 |
| SOUTH ABINGTON TOWNSHIP | 0.00 |
| ABINGTON HEIGHTS SCHOOL D | 0.00 |

Sub Total:                    0.00

Total:                       93.50
**** NOTICE: THIS IS NOT A BILL ****

I hereby CERTIFY that this document is recorded in
the Recorder of Deeds Office of Lackawanna County,
Pennsylvania.



Evelyn Rafalko McNulty

Evelyn Rafalko McNulty
Recorder of Deeds

** Information may change during the verification
process and may not be reflected on this page

Record and Return To:

SHERIFF LACKAWANNA COUNTY
COURT HOUSE
200 N. WASHINGTON AVE.
SCRANTON PA 18503
BOX 136

INSTR#: 201713691   08/31/2017   DEED — SHERIFF   Image: 2 of 2

# DEED

KNOW ALL MEN BY THESE PRESENTS, that I, MARK P. McANDREW, Sheriff of the County of Lackawanna, in the Commonwealth of Pennsylvania, for and in consideration of the sum of ONE HUNDRED TWENTY THOUSAND SIX HUNDRED EIGHTY-TWO DOLLARS AND 74/100 ($120,682.74) to me in hand paid, do hereby grant and convey to FIDELITY DEPOSIT & DISCOUNT BANK

ALL that certain lot, piece or parcel of land situate, lying and being in the TOWNSHIP OF SOUTH ABINGTON, County of Lackawanna and Commonwealth of Pennsylvania, designated and more specifically described in the attached

## EXHIBIT "A"

COAL AND MINERALS excepted and reserved as in former deeds in chain of title of said premises.

WITH IMPROVEMENTS thereon known as 1101 NORTHERN BLVD., SOUTH ABINGTON TOWNSHIP, Pennsylvania, having a Tax Parcel Numbers of 10004-010-004 with an assessment value of $765,265.00, and Tax Parcel Number 10113-030-01902 with an assessment value of $3,000.00. The same having been sold by me on the 11th day of JULY, Anno Domini, two thousand seventeen (2017) as Sale Number 14, after due advertisement according to law, under and by virtue of a Writ of Execution issued on the 12th day of AUGUST, Anno Domini, two thousand sixteen (2016), out of the Court of Common Pleas of the County of Lackawanna, Commonwealth of Pennsylvania, as Civil No. 16-CV-4461 at the suit of FIDELITY DEPOSIT & DISCOUNT BANK V. CLARKS SUMMIT HOSPITALITY, LLC.

IN WITNESS WHEREOF, I have hereunto affixed my signature, this 31st day of August, 2017.

_Mark P. McAndrew_

Mark P. McAndrew, Sheriff

SHERIFF SALE # 14 OF 11/15/16
SALE DATE: July 11, 2017
PROPERTY LOCATION: 1101 NORTHERN BLVD.,
SOUTH ABINGTON TOWNSHIP, PA

INSTR#: 201713691   08/31/2017   DEED — SHERIFF   Image: 3 of 7

COMMONWEALTH OF PENNSYLVANIA:

                                                            SS.
COUNTY OF LACKAWANNA                                    :

　　　　BEFORE me the undersigned Clerk of Judicial Records of the Court of Common Pleas of Lackawanna County, State aforesaid, personally appeared Mark P. McAndrew, Sheriff of Lackawanna County aforesaid, and in due form of law declared that the facts set forth in the foregoing Deed are true, and that he acknowledged the same in order that the said Deed might be recorded.

　　　　WITNESS my hand and seal of said Court this 31st day of Aug. 2017.

MAURI B. KELLY
CLERK OF JUDICIAL RECORDS
MY COMMISSION
EXPIRES FIRST MONDAY
OF JANUARY 2020

Mauri B. Kelly
Clerk of Judicial Records

I hereby certify, that the precise residence of the Grantee is:

101 North Blakely Street
Dunmore, PA 18512

Agent

INSTR#: 201713691   08/31/2017   DEED - SHERIFF   Image: 4 of 7

## LEGAL DESCRIPTION PIN 10004-010-004 8

ALL that certain parcel of land situate in the Township of South Abington, County of Lackawanna and Commonwealth of Pennsylvania, bounded and described as follows:

BEGINNING at a point at the intersection of the original Southwesterly side of the highway formerly known as the Lackawanna Trail, now know as Northern Boulevard or SR 0006, with the Northwesterly right-of-way line of the Pennsylvania Turnpike;

THENCE in a Southwesterly direction along the Northwesterly right-of-way line of the Pennsylvania Turnpike, parallel with and distant one hundred (100) feet Northwesterly from its center line, a distance of three hundred twenty (320.00) feet, more or less, to a corner in the Northeasterly right-of-way line of the railroad formerly owned by the Delaware, Lackawanna and Western Railroad Company, and now or formerly by Consolidated Rail Corporation;

THENCE North forty-one (41) degrees fifty-four (54) minutes and thirty (30) seconds West, along the Northeasterly right-of-way line of the said railroad, a distance of five hundred forty-two and ninety-eight hundredths (542.98) feet, to an iron pin;

THENCE forty-seven (47) degrees seventeen (17) minutes twenty-three (23) seconds East, along the Southeasterly line of the said lands now or formerly of DEPG Clarks Summit Associates, LP a distance of one hundred twenty-eight and twenty hundredths (128.20) feet to an iron pin;

THENCE, North forty-two (42) degrees forty-two (42) minutes and forty-seven (37) seconds West, a distance of thirty-seven and twenty-four hundredths (37.24) feet along lands now or formerly of DEPG Clarks Summit Associates, LP to an iron pin set;

THENCE north forty-six (46) degrees seven (07) minutes and thirty-three (33) seconds East, a distance of one hundred sixty and ninety-two hundredths (160.92) feet further along lands now or formerly of DEPG Clarks Summit Associates, LP to an iron pin set along the edge of the legal right-of-way of the former Lackawanna Trail, now known as Northern Boulevard or SR 0006;

THENCE, North forty-six (46) degrees fourteen (14) minutes ten (10) seconds East, a distance of four hundred seventy-one and five tents (471.50) feet, along the legal right-of-way line of the former Lackawanna Trail, now known as Northern Boulevard or SR 0006, to a point, the place of beginning.

IMPROVED with various buildings utilized in the operation of the motor inn known as The Inn at Nichols Village, and the restaurant known as Basil, including motel units, a motel office and lobby, an enclosed swimming pool, tennis courts and other facilities.

SUBJECT to the rights of the public in the portions of the above described premises lying within the right-of-way line of Legislative Route No. 9 (Traffic Routes Nos. 6 and 11) as now located.

SUBJECT also to all exceptions, reservations, restrictions, conditions, and easements set forth or referred to in prior deeds and other instruments in the chain of title to the above described premises.

BEING all of Lot No. 2 shown on a certain survey of The Inn at Nichols Village performed by John R. Hennemuth, PLS, which property contains approximately 4.06 acres or 177,005 square feet, more or less.

PINS Nos 10004-010-004

BEING the same premises conveyed to Clarks Summit Hospitality, LLC d/b/a Best Western Nichols Village Inn by Deed from The Inn at Nichols Village, Inc. dated October 1, 2008 and recorded to Lackawanna County Recorder of Deeds Instrument #200824555.

Exhibit "A"

INSTR#: 201713691   08/31/2017   DEED - SHERIFF  Image: 5 of 7

## LEGAL DESCRIPTION PIN 10113-030-01902

ALL THAT CERTAIN lot, piece or parcel of land situate, lying and being in the Township of South Abington, County of Lackawanna and State of Pennsylvania, bounded and described as follows, to wit:

BEGINNING at a point located along the Southerly right of way of L.R. 35020 (Edella Road), said point of beginning being located at right angles to and 30 feet distant from Station 11 + 52.50 along the center line of the aforementioned L.R. 35020; thence leaving the right of way of said L.R. 35020 South 71 degrees, 56 minutes, 11 seconds East, 168.10 feet to a point along the right of way of Ramp – AB in Section 37-N of L.R. 790. Thence along said Ramp – AB South 15 degrees, 13 minutes, 49 seconds West, 132.30 feet to the northerly right of way of Ramp – CD, in Section 2-B of said L.R. 790; thence along said Ramp – CD North 85 degrees, 48 minutes, 11 seconds West, 149.75 feet to a point of curvature; thence along a curve to the left with a long chord bearing and distance of South 67 degrees, 24 minutes West, 142.46 feet to a point along the right of way of the aforementioned L.R. 35020; thence along said L.R. 35020, 34 degrees, 52 minutes, 25 second East, 272.50 feet to the place of beginning.

CONTAINING 32,856.97 square feet of land more or less as being shown on drawing B-1-88 by John R. Hennemuth and Associates, Inc., Scranton, Pennsylvania.

BEING the same premises conveyed to Clarks Summit Hospitality, LLC by Deed from George A. Nichols, Executor of the Estate of Marion Nichols Dunlap, dated December 12, 2008 and recorded to Lackawanna County Recorder of Deeds Instrument #200902972.

LACKAWANNA COUNTY
Certified Property Identification
MUNI: _____ 35 _____
      AUG 1 8 2017
PIN: 10004- 010- 004
USE: 4000 ASSESS VAL 765,965
CLERK  Gm  10.00

LACKAWANNA COUNTY
Certified Property Identification
MUNI: _____ 35 _____
      AUG 1 6 2017
PIN: 10113- 030- 01902
USE: 2000 ASSESS VAL 3,000
CLERK  Gm  10.00

INSTR#: 201713691  08/31/2017  DEED - SHERIFF  Image: 6 of 7

REV-183 EX (2-15)



**pennsylvania**
DEPARTMENT OF REVENUE
Bureau of Individual Taxes
PO BOX 280603
Harrisburg, PA 17128-0603

# REALTY TRANSFER TAX STATEMENT OF VALUE

See reverse for instructions.

**RECORDER'S USE ONLY**

| State Tax Paid | |
| Book Number | |
| Page Number | |
| Date Recorded | Inst. 201713691  8-31-17 |

Complete each section and file in duplicate with Recorder of Deeds when (1) the full value/consideration is not set forth in the deed, (2) the deed is without consideration or by gift, or (3) a tax exemption is claimed. If more space is needed, please attach additional sheets. A Statement of Value (SOV) is not required if the transfer is wholly exempt from tax based on family relationship or public utility easement. However, it is recommended that a SOV accompany all documents filed for recording.

## A. CORRESPONDENT – All inquiries may be directed to the following person:

| Name | | Telephone Number: |
| Joseph L. DeNaples, Esquire, Cipriani & Werner | | (570) 347-0600 |

| Mailing Address | City | State | ZIP Code |
| 409 Lackawanna Avenue, Suite 402 | Scranton | PA | 18503 |

## B. TRANSFER DATA

Date of Acceptance of Document  7 / 11 / 17

| Grantor(s)/Lessor(s) | Telephone Number: | Grantee(s)/Lessee(s) | Telephone Number: |
| Lackawanna County Sheriff's Office | (570) 963-6719 | Fidelity Deposit & Discount Bank | (570) 504-8045 |

| Mailing Address | | Mailing Address | |
| 200 North Washington Avenue | | 101 North Blakely Street | |

| City | State | ZIP Code | City | State | ZIP Code |
| Scranton | PA | 18503 | Dunmore | PA | 18512 |

## C. REAL ESTATE LOCATION

| Street Address | City, Township, Borough |
| 1101 Northern Blvd | South Abington Township |

| County | School District | Tax Parcel Number |
| Lackawanna | Abington | 10113-030-01902 |

## D. VALUATION DATA

Was transaction part of an assignment or relocation?  ☐ Y  ☒ N

| 1. Actual Cash Consideration | 2. Other Consideration | 3. Total Consideration |
| $120,682.74 | +0.00 | =$120,682.74 |

| 4. County Assessed Value | 5. Common Level Ratio Factor | 6. Computed Value |
| 3,000.00 | x 6.67 | = 20,010.00 |

## E. EXEMPTION DATA – Refer to instructions for exemption status.

| 1a. Amount of Exemption Claimed | 1b. Percentage of Grantor's Interest in Real Estate | 1c. Percentage of Grantor's Interest Conveyed |
| $ 20,010.00 | 100.00 % | 100.00 % |

2. Check Appropriate Box Below for Exemption Claimed.

☐ Will or intestate succession.

_____ (Name of Decedent) _____ (Estate File Number)

☐ Transfer to a trust. (Attach complete copy of trust agreement identifying all beneficiaries.)

☐ Transfer from a trust. Date of transfer into the trust _____

If trust was amended attach a copy of original and amended trust.

☐ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)

☐ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (If condemnation or in lieu of condemnation, attach copy of resolution.)

☒ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of mortgage and note/assignment.)

☐ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)

☐ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

☐ Other (Please explain exemption claimed.) _____

Under penalties of law, I declare that I have examined this statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

| Signature of Correspondent or Responsible Party | Date |
| | 8-1-17 |

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.**

INSTR#: 201713691   08/31/2017   DEED - SHERIFF   Image: 7 of 7

REV-183 EX (2-15)

 **pennsylvania**
DEPARTMENT OF REVENUE
Bureau of Individual Taxes
PO BOX 280603
Harrisburg, PA 17128-0603

## REALTY TRANSFER TAX STATEMENT OF VALUE

See reverse for instructions.

**RECORDER'S USE ONLY**

State Tax Paid _____
Book Number _____
Page Number *Inst 2017 13691*
Date Recorded *8-31-17*

Complete each section and file in duplicate with Recorder of Deeds when (1) the full value/consideration is not set forth in the deed, (2) the deed is without consideration or by gift, or (3) a tax exemption is claimed. If more space is needed, please attach additional sheets. A Statement of Value (SOV) is not required if the transfer is wholly exempt from tax based on family relationship or public utility easement. However, it is recommended that a SOV accompany all documents filed for recording.

### A. CORRESPONDENT – All inquiries may be directed to the following person:

| Name | | | Telephone Number: |
|---|---|---|---|
| Joseph L. DeNaples, Esquire, Cipriani & Werner | | | (570) 347-0600 |

| Mailing Address | City | State | ZIP Code |
|---|---|---|---|
| 409 Lackawanna Avenue, Suite 402 | Scranton | PA | 18503 |

### B. TRANSFER DATA

Date of Acceptance of Document   *7/11/17*

| Grantor(s)/Lessor(s) | Telephone Number: | Grantee(s)/Lessee(s) | Telephone Number: |
|---|---|---|---|
| Lackawanna County Sheriff's Office | (570) 963-6719 | Fidelity Deposit & Discount Bank | (570) 504-8045 |

| Mailing Address | | Mailing Address | |
|---|---|---|---|
| 200 North Washington Avenue | | 101 North Blakely Street | |

| City | State | ZIP Code | City | State | ZIP Code |
|---|---|---|---|---|---|
| Scranton | PA | 18503 | Dunmore | PA | 18512 |

### C. REAL ESTATE LOCATION

| Street Address | City, Township, Borough |
|---|---|
| 1101 Northern Blvd | South Abington Township |

| County | School District | Tax Parcel Number |
|---|---|---|
| Lackawanna | Abington | 10004-010-004 |

### D. VALUATION DATA

Was transaction part of an assignment or relocation?   ☐ Y  ☒ N

| 1. Actual Cash Consideration | 2. Other Consideration | 3. Total Consideration |
|---|---|---|
| $120,682.74 | +0.00 | = $120,682.74 |

| 4. County Assessed Value | 5. Common Level Ratio Factor | 6. Computed Value |
|---|---|---|
| 765,265.00 | x 6.67 | = 5,104,317.50 |

### E. EXEMPTION DATA – Refer to instructions for exemption status.

| 1a. Amount of Exemption Claimed | 1b. Percentage of Grantor's Interest in Real Estate | 1c. Percentage of Grantor's Interest Conveyed |
|---|---|---|
| $ 5,104,317.50 | 100.00 % | 100.00 % |

2. Check Appropriate Box Below for Exemption Claimed.

☐ Will or intestate succession.

_____   _____
(Name of Decedent)                              (Estate File Number)

☐ Transfer to a trust. (Attach complete copy of trust agreement identifying all beneficiaries.)

☐ Transfer from a trust. Date of transfer into the trust _____
     If trust was amended attach a copy of original and amended trust.

☐ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)

☐ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (If condemnation or in lieu of condemnation, attach copy of resolution.)

☒ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of mortgage and note/assignment.)

☐ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)

☐ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

☐ Other (Please explain exemption claimed.) _____

Under penalties of law, I declare that I have examined this statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

| Signature of Correspondent or Responsible Party | Date |
|---|---|
| | 8-1-17 |

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.**

# EXHIBIT D

# KELLEY  POLISHAN & SOLFANELLI, LLC

## ATTORNEYS AT LAW

Eugene C. Kelley, Esquire
Phone: 570-562-4520 Ext. 101
Email: ckelley@kpwslaw.com

October 13, 2017

DANIEL P. BERNSTEIN, ESQUIRE
CALZARETTO & BERNSTEIN, LLC
Via Email: d.p.bernstein1@gmail.com

Re:    Clarks Summit Hospitality
       Fidelity Deposit & Discount Bank
       KPS File No. 3050.00

Dear Dan:

Attached is a deed dated August 25, 2017 and recorded October 5, 2017 in Lackawanna County showing a consideration of $4.1 million dollars which we discussed yesterday.

Please call if you have any questions.

Sincerely,

EUGENE C. KELLEY

259 S. KEYSER AVENUE | OLD FORGE | PENNSYLVANIA | 18518 | T: 570-562-4520 | F: 570-562-4531 | www.kpwslaw.com



**EVIE RAFALKO MCNULTY**
Lackawanna County Recorder of Deeds
Gateway Center
135 Jefferson Avenue
Scranton, Pennsylvania 18503

This is a certification page
***This page is now part of this legal document – DO NOT DETACH***



| Recording: | |
|---|---|
| Recording Fees – ROD | 16.00 |
| Cover/Index Page | 2.00 |
| Parcel Certification | 30.00 |
| State Writ Tax | 0.50 |
| State JCS/Access to Justi | 35.50 |
| Affordable Housing | 13.00 |
| County Improvement Fee | 2.00 |
| ROD Improvement Fee | 3.00 |
| Sub Total: | 102.00 |

INSTRUMENT #:   201716037

Receipt#: 287066
Clerk:    MK
Rec Date: 10/05/2017 03:16:03 PM
Doc Grp:  D
Descrip:  DEED
Num Pgs:  7
Rec'd Frm: GOLDEN TITLE AGENCY, LLC

Party1:  FIDELITY DEP & DISC BK
Party2:  1101 NORTHERN BLVD LLC
Town:    SOUTH ABINGTON TOWNSHIP

Consideration: 4100000.00
Taxable Amount: 4100000.00
Assessed Value: 906615.00

| Transfer Tax | |
|---|---|
| STATE TRANSFER TAX | 41000.00 |
| SOUTH ABINGTON TOWNSHIP | 20500.00 |
| ABINGTON HEIGHTS SCHOOL D | 20500.00 |
| Sub Total: | 82000.00 |

Total:                        82102.00
**** NOTICE: THIS IS NOT A BILL ****

I hereby CERTIFY that this document is recorded in
the Recorder of Deeds Office of Lackawanna County,
Pennsylvania.



Evelyn Rafalko McNulty
Recorder of Deeds

** Information may change during the verification
process and may not be reflected on this page

Record and Return To:

ELECTRONICALLY RECORDED BY SIMPLIFILE

GE717-277

Prepared by and Return to
**GOLDEN TITLE AGENCY**
1616 Old Cuthbert Rd.
Cherry Hill, NJ 08034
Tel: 856-427-7999

Parcel # 10004-010-00403
10004-010-004
(including 10004-010-005)
10113-030-01402

## THIS DEED

MADE THE __25__ day of September in the year of 2017.

Between **FIDELITY DEPOSIT & DISCOUNT BANK** (hereinafter referred to as "Grantor"); and

**1101 NORTHERN BLVD LLC**, with a place of business located at c/o Falcon Companies, 3 Becker Farm Road, Suite 404, Roseland, NJ 07068, (hereinafter referred to as "Grantee").

WITNESSETH that in consideration of Four Million One Hundred Thousand and 00/100 ($4,100,000) Dollars in hand paid, the receipt whereof is hereby acknowledged; the Grantor does hereby grant and convey the said Grantee, its Successors and Assigns,

ALL those certain pieces or parcels of property with in improvements thereon located in the Township of South Abington, County of Lackawanna and State of Pennsylvania, bounded and described as follows, to wit:

Please see legal descriptions attached hereto and incorporated herein on Exhibits "A", "B", and "C", respectively, Lackawanna County Parcel Identification Numbers 10004-010-00403, 10004-010-004 (containing legal description for PIN 10004-010-005), and 10113-030-01902.

CONTAINING collectively, +/- 6.8 acres, commonly known as 1101 Northern Boulevard, Clarks Summit, Pennsylvania and Edella Road, Clarks Summit, Pennsylvania.

SUBJECT to any and all exceptions, conditions, covenants, restrictions and reservations that may appear in the chain of title or as visible on the ground.

COAL and MINERALS excepted and reserved as in former deeds in chain of title of said premises.

BEING the same premises sold by Lackawanna County Sheriff Mark P. McAndrew to Fidelity Deposit & Discount Bank on July 11, 2017 as Sale Numbers 14 and 15, after due advertisement according to law, under and by virtue of a Writs of Execution issued on August 12, 2016 out of the Court of Common Pleas of Lackawanna County, Pennsylvania, as Civil Nos. 2016-CV-4460 and 2016-CV-4461 at the suits of Fidelity Deposit & Discount Bank v. Clarks Summit Hospitality, LLC, Deeds dated August 31, 2017 recorded in the Lackawanna County Recorder of Deeds on August 31, 2017 to Instrument Numbers 201713690 and 201713691.

## LEGAL DESCRIPTION PIN 10004-010-00403

ALL THAT CERTAIN piece or parcel of land situate in South Abington Township, County of Lackawanna, Commonwealth of Pennsylvania, bounded and described as follows:

BEGINNING at an iron pin along the southerly right-of-way line of Northern Boulevard (State Route 6 and 11). Said point being the northeast corner of Lot #1.

THENCE, along lands of The Inn at Nichols Village, Inc. (Lot #2) south 46°07'33" west a distance of 160.92 feet to a point;

THENCE continuing along said lands south 42°42'37" east a distance of 37.24 feet to a point;

THENCE continuing along said lands south 47°17'23" west a distance of 128.20 feet to a point;

THENCE along lands of the Delaware Hudson Railroad north 42°42'37" west a distance of 542.85 feet to a point;

THENCE north 59°54'53" east a distance of 123.43 feet to a point;

THENCE along lands of Mark Clarks Summit South Associates, L.P. south 30°05'07" east a distance of 275.04 feet to a point;

THENCE continuing along said lands north 58°44' 35" east a distance of 246.32 feet to a point along the southerly right-of-way line of Northern Boulevard;

THENCE continuing along said right-of-way line along a curve to the left having a radius of 1,682.79 feet, an arc length of 158.63 feet, a chord length of 158.57 feet with a chord bearing of south 38°07'46" east to the POINT OF BEGINNING;

CONTAINING  an area of 86,692 square feet or 1.99 acres more or less.

BEING the same premises conveyed to Clarks Summit Hospitality, LLC by Deed from DEPG Clarks Summit Associates, LP, dated August 18, 2009 and recorded to Lackawanna County Recorder of Deeds Instrument #200921923.

## LEGAL DESCRIPTION PIN 10004-010-004 (including 10004-010-005)

ALL that certain parcel of land situate in the Township of South Abington, County of Lackawanna and Commonwealth of Pennsylvania, bounded and described as follows:

BEGINNING at a point at the intersection of the original Southwesterly side of the highway formerly known as the Lackawanna Trail, now know as Northern Boulevard or SR 0006, with the Northwesterly right-of-way line of the Pennsylvania Turnpike;

THENCE in a Southwesterly direction along the Northwesterly right-of-way line of the Pennsylvania Turnpike, parallel with and distant one hundred (100) feet Northwesterly from its center line, a distance of three hundred twenty (320.00) feet, more or less, to a corner in the Northeasterly right-of-way line of the railroad formerly owned by the Delaware, Lackawanna and Western Railroad Company, and now or formerly by Consolidated Rail Corporation;

THENCE North forty-one (41) degrees fifty-four (54) minutes and thirty (30) seconds West, along the Northeasterly right-of-way line of the said railroad, a distance of five hundred forty-two and ninety-eight hundredths (542.98) feet, to an iron pin;

THENCE forty-seven (47) degrees seventeen (17) minutes twenty-three (23) seconds East, along the Southeasterly line of the said lands now or formerly of DEPG Clarks Summit Associates, LP a distance of one hundred twenty-eight and twenty hundredths (128.20) feet to an iron pin;

THENCE, North forty-two (42) degrees forty-two (42) minutes and thirty-seven (37) seconds West, a distance of thirty-seven and twenty-four hundredths (37.24) feet along lands now or formerly of DEPG Clarks Summit Associates, LP to an iron pin set;

THENCE north forty-six (46) degrees seven (07) minutes and thirty-three (33) seconds East, a distance of one hundred sixty and ninety-two hundredths (160.92) feet further along lands now or formerly of DEPG Clarks Summit Associates, LP to an iron pin set along the edge of the legal right-of-way of the former Lackawanna Trail, now known as Northern Boulevard or SR 0006;

THENCE, North forty-six (46) degrees fourteen (14) minutes ten (10) seconds East, a distance of four hundred seventy-one and five tenths (471.50) feet, along the legal right-of-way line of the former Lackawanna Trail, now known as Northern Boulevard or SR 0006, to a point, the place of beginning.

IMPROVED with various buildings utilized in the operation of the motor inn known as The Inn at Nichols Village, and the restaurant known as Basil, including motel units, a motel office and lobby, an enclosed swimming pool, tennis courts and other facilities.

SUBJECT to the rights of the public in the portions of the above described premises lying within the right-of-way line of Legislative Route No. 9 (Traffic Routes Nos. 6 and 11) as now located.

SUBJECT also to all exceptions, reservations, restrictions, conditions, and easements set forth or referred to in prior deeds and other instruments in the chain of title to the above described premises.

BEING all of Lot No. 2 shown on a certain survey of The Inn at Nichols Village performed by John R. Hennemuth, PLS, which property contains approximately 4.06 acres or 177,005 square feet, more or less.

PIN No. 10004-010-004, (including 10004-010-005)

BEING the same premises conveyed to Clarks Summit Hospitality, LLC d/b/a Best Western Nichols Village Inn by Deed from The Inn at Nichols Village, Inc. dated October 1, 2008 and recorded to Lackawanna County Recorder of Deeds Instrument #200824555.

LEGAL DESCRIPTION PIN 10113-030-01902

ALL THAT CERTAIN lot, piece or parcel of land situate , lying and being in the Township of South Abington, County of Lackawanna and State of Pennsylvania, bounded and described as follows, to wit:

BEGINNING at a point located along the Southerly right of way of L.R. 35020 (Edella Road), said point of beginning being located at right angles to and 30 feet distant from Station 11 + 52.50 along the center line of the aforementioned L.R. 35020; thence leaving the right of way of said L.R. 35020 South 71 degrees, 56 minutes, 11 seconds East, 168.10 feet to a point along the right of way of Ramp – AB in Section 37-N of L.R. 790. Thence along said Ramp – AB South 15 degrees, 13 minutes, 49 seconds West, 132.30 feet to the northerly right of way of Ramp – CD, in Section 2-B of said L.R. 790; thence along said Ramp – CD North 85 degrees, 48 minutes, 11 seconds West, 149.75 feet to a point of curvature; thence along a curve to the left with a long chord bearing and distance of South 67 degrees, 24 minutes West, 142.46 feet to a point along the right of way of the aforementioned L.R. 35020; thence along said L.R. 35020, 34 degrees, 52 minutes, 25 second East, 272.50 feet to the place of beginning.

CONTAINING 32,856.97 square feet of land more or less as being shown on drawing B-1-88 by John R. Hannemuth and Associates, Inc., Scranton, Pennsylvania.

BEING the same premises conveyed to Clarks Summit Hospitality, LLC by Deed from George A. Nichols, Executor of the Estate of Marion Nichols Dunlap, dated December 12, 2008 and recorded to Lackawanna County Recorder of Deeds Instrument #200902972.

LACKAWANNA COUNTY
Certified Property Identification
MUNI: 35
Date: 10/05/2017
PIN: 10004 010 004
USE: 4000       ASSESS VAL: 765,285
Clerk: AN

LACKAWANNA COUNTY
Certified Property Identification
MUNI: 35
Date: 10/05/2017
PIN: 10004 010 00403
USE: 4000       ASSESS VAL: 138,350
Clerk: AN

LACKAWANNA COUNTY
Certified Property Identification
MUNI: 35
Date: 10/05/2017
PIN: 10113 030 01902
USE: 4000       ASSESS VAL: 3,000
Clerk: AN

HAZARDOUS WASTE IS NOT BEING DISPOSED OF NOR HAS IT EVER BEEN DISPOSED OF ON THE PROPERTY CONVEYED HEREIN BY THE GRANTOR OR TO THE GRANTOR'S KNOWLEDGE.

And the said Grantor will specially warrant the property hereby conveyed.

Lackawanna County Parcel Identification Numbers 10004-010-00403, 10004-010-004 (containing legal description for PIN 10004-010-005), and 10113-030-01902.

IN WITNESS WHEREOF, the Grantor has hereunto set its hand and seal the day and year first above written.

Signed, Sealed and Delivered
in the presence of:

FIDELITY DEPOSIT &
DISCOUNT BANK

WITNESS

Eugene Walsh, Executive Vice President

Commonwealth of Pennsylvania      :
                                  :   SS
County of Lackawanna              :

On the 25th day of ~~September~~ August in the year 2017, before me, the undersigned, a notary public in and for said State, personally appeared Eugene Walsh, personally known to me or proved to me on the basis of satisfactory evidence, who acknowledged himself to be the Executive Vice President of Fidelity Deposit & Discount Bank, and that he as such officer, being authorized to do so, executed the within instrument in such capacity for the purposes therein contained.

NOTARIAL SEAL
MARK J CONWAY
Notary Public
DUNMORE BOROUGH, LACKAWANNA COUNTY
My Commission Expires Mar 17, 2018

Notary Public

I hereby certify that the precise address of the Grantee herein is:

c/o Falcon Companies, 3 Becker Farm Road, Suite 404
Roseland, NJ
07068

Attorney for Grantee

REV-183 EX (2-15)


**pennsylvania**
DEPARTMENT OF REVENUE
Bureau of Individual Taxes
PO BOX 280603
Harrisburg, PA 17128-0603

## REALTY TRANSFER TAX
## STATEMENT OF VALUE

See reverse for instructions.

**RECORDER'S USE ONLY**
State Tax Paid $ 41,000.00
INST# 201711c037
Date Received 10-5-17

Complete each section and file in duplicate with Recorder of Deeds when (1) the full value/consideration is not set forth in the deed, (2) the deed is without consideration or by gift, or (3) a tax exemption is claimed. If more space is needed, please attach additional sheets. A Statement of Value (SOV) is not required if the transfer is wholly exempt from tax based on family relationship or public utility ease- ment. However, it is recommended that a SOV accompany all documents filed for recording.

**A. CORRESPONDENT – All inquiries may be directed to the following person:**

Name
Golden Land Transfer, LLC

| Mailing Address | | Telephone Number: |
|---|---|---|
| 1818 Old Cuthbert Road | | (858) 427-7999 |

| | City | State | ZIP Code |
|---|---|---|---|
| | Cherry Hill | NJ | 08034 |

**B. TRANSFER DATA**

Date of Acceptance of Document  08 / 25 / 2017

| Grantor(s)/Lessor(s) | Telephone Number: | Grantee(s)/Lessee(s) | Telephone Number: |
|---|---|---|---|
| Fidelity Deposit & Discount Bank | (855) 427-7999 | 1101 Northern Blvd LLC | (855) 427-7999 |

| Mailing Address | | Mailing Address | |
|---|---|---|---|
| 1101 Northern Blvd | | 3 Backer Farm Road Suite 404 | |

| City | State | ZIP Code | City | State | ZIP Code |
|---|---|---|---|---|---|
| Clarks Summit | PA | 08411 | Roseland | NJ | 07068 |

**C. REAL ESTATE LOCATION**

| Street Address | City, Township, Borough |
|---|---|
| 1101 Northern Blvd and Edella Road | South Abington Township |

| County | School District | Tax Parcel Number |
|---|---|---|
| Lackawanna | Abington Heights S D | 10004-010-00403, 10004-010-004041 (including 1004-101-005), 10113-010-01002 |

**D. VALUATION DATA**

Was transaction part of an assignment or relocation?  ☐ Y  ☒ N

| 1. Actual Cash Consideration | 2. Other Consideration | 3. Total Consideration |
|---|---|---|
| 4,100,000.00 | +0.00 | = 4,100,000.00 |

| 4. County Assessed Value | 5. Common Level Ratio Factor | 6. Computed Value |
|---|---|---|
| 906,615.00 | X 6.67 | = 6,047,112.06 |

**E. EXEMPTION DATA – Refer to instructions for exemption status.**

| 1a. Amount of Exemption Claimed | 1b. Percentage of Grantor's Interest in Real Estate | 1c. Percentage of Grantor's Interest Conveyed |
|---|---|---|
| $ 0.00 | 100.00 % | 100.00 % |

2. Check Appropriate Box Below for Exemption Claimed.

☐ Will or intestate succession. _____ _____
   (Name of Decedent)                          (Estate File Number)

☐ Transfer to a trust. (Attach complete copy of trust agreement identifying all beneficiaries.)

☐ Transfer from a trust. Date of transfer into the trust _____
   If trust was amended attach a copy of original and amended trust.

☐ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)

☐ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation or in lieu of condemna- tion. (If condemnation or in lieu of condemnation, attach copy of resolution.)

☐ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of mortgage and note/assignment.)

☐ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)

☐ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

☒ Other (Please explain exemption claimed.) Consideration @ 4,100,000.00
   State transfer tax $ 41,000.00 & Local transfer tax $ 41,000.00

Under penalties of law, I declare that I have examined this statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

| Signature of Correspondent or Responsible Party | Date |
|---|---|
|  | 09/25/17 |

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.**