**ICE MILLER LLP**
Louis T. DeLucia
Alyson M. Fiedler
1500 Broadway, Suite 2900
New York, NY 10036
Phone: 212.835.6312
Fax: 212.835.6313
Email:  Louis.Delucia@icemiller.com
            Alyson.Fiedler@icemiller.com

*Counsel for Marina Capital, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARINA CAPITAL, LLC as successor in interest to FIDELITY DEPOSIT & DISCOUNT BANK,<br><br>Plaintiff,<br><br>v.<br><br>LEENA SHAH, ANKIM M. SHAH, BHARAT PARJKH, BHUPENDRA PATEL a/k/a BHUPEN PATEL, RITA SHAH, DIVYAKANT PATEL, HARSHAD PATEL, KETUL DESAI, BHARAT SHAH, and RIKESH DESAI,<br><br>Defendants. | Civil Action No. 2:16-mc-00246 (JLL)<br><br>Honorable Jose L. Linares, U.S.D.J.<br><br>Honorable Joseph A. Dickson, U.S.M.J. |

## NOTICE OF CHANGE OF FIRM AND ADDRESS

Louis T. DeLucia and Alyson M. Fiedler notify this Court and all parties of record that their firm affiliation and contact information have changed to the following:

> ICE MILLER LLP
> 1500 Broadway, Suite 2900
> New York, NY  10036
> Louis T. DeLucia
> Alyson M. Fiedler
> Telephone: 212.835.6315
> Facsimile: 212.835.6316
> Email:  Louis.Delucia@icemiller.com
>             Alyson.Fiedler@icemiller.com

Dated:  July 17, 2019	Respectfully submitted,

/s/ *Alyson M. Fiedler*
Alyson M. Fiedler
ICE MILLER LLP
1500 Broadway, Suite 2900
New York, NY  10036
Telephone: 212.835.6315
Facsimile: 212.835.6316
Email:  Alyson.Fiedler@icemiller.com

*Counsel for Marina Capital, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 17th day of July, 2019, that a true and correct copy of the foregoing Notice of Change of Firm and Address was served by electronic filing via the CM/ECF system, which will send notification of such filing to registered parties in interest.

/s/ *Alyson M. Fiedler*
Alyson M. Fiedler

ICE MILLER LLP
Louis T. DeLucia
Alyson M. Fiedler
1500 Broadway, Suite 2900
New York, NY 10036
Phone: 212.835.6312
Fax: 212.835.6313
Email: louis.delucia@icemiller.com
       alyson.fiedler@icemiller.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARINA CAPITAL, LLC as successor in interest to FIDELITY DEPOSIT & DISCOUNT BANK,<br><br>              Plaintiff,<br><br>v.<br><br>LEENA SHAH, ANKIM M. SHAH, BHARAT PARJKH, BHUPENDRA PATEL a/k/a BHUPEN PATEL, RITA SHAH, DIVYAKANT PATEL, HARSHAD PATEL, KETUL DESAI, BHARAT SHAH, and RIKESH DESAI,<br><br>              Defendants. | Civil Action No. 2:16-mc-00246 (JLL)<br><br>Honorable Jose L. Linares, U.S.D.J.<br><br>Honorable joseph A. Dickson, U.S.M.J. |

## SUBSTITUTION OF ATTORNEY

PLEASE TAKE NOTICE that Schiff Hardin LLP hereby withdraws as counsel, and consents to the substitution of Schiff Hardin LLP and appearance by Ice Miller, LLP as counsel for **Marina Capital, LLC** in the above-captioned matter.

SCHIFF HARDIN LLP
666 Fifth Avenue, Suite 1700
New York, NY 10103

By: _____

Withdrawing Attorney

Dated: March 28, 2019

ICE MILLER LLP
1500 Broadway, Suite 2900
New York, NY 10036

By: _____
Louis T. DeLucia
Superseding Attorney

Dated: March 28, 2019