# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FIDELITY DEPOSIT & DISCOUNT BANK, <br> 101 North Blakely Street, Dunmore, PA 18512 <br><br> *Plaintiff*, <br><br> vs. <br><br> LEENA SHAH <br>   20 Tower Rd, Edison, NJ 08820; <br> ANKIM M. SHAH <br>   64 Chatsworth Ct, Edison, NJ 08820; <br> BHARAT PARIKH <br>   125 Eileen Dr, Cedar Grove, NJ 070091; <br> BHUPENDRA PATEL aka BHUPEN PATEL <br>   27 Canterbury Way, Farmingdale, NJ 07727; <br> RITA SHAH <br>   24 Urma PL, Bloomfield, NJ 07003; <br> DIVYAKANT PATEL <br>   936 Beatrice Parkway, Edison, NJ 08820; <br> HARSHAD PATEL aka HARSHADKU I. PATEL <br>   6 Connors Ct, Sayreville, NJ 08872; <br> KETUL DESAI <br>   8 Dryer Ct, Plainsboro, NJ 08536; <br> BHRAT SHAH <br>   51 Grissing Ct, Cedar Grove, NJ 07009; <br> RIKESH DESAI <br>   23 Southhall Ct, Wayne, NJ 07670 <br><br> *Defendants.* | Civil Action: 16-mc-00246 <br><br> Transferred from: <br> MDPA Action No: 3:16-cv-01616 <br><br> *Civil Action* <br><br><br><br><br><br> **WARRANT OF SATISFACTION** <br> **(RITA SHAH)** |

**TO THE CLERK OF THE ABOVE NAMED COURT:**

**WHEREAS** on August 5, 2016 a Judgment was entered in the above captioned matter in favor of Plaintiff The Fidelity Deposit & Discount Bank ("Fidelity") and against Defendants Leena Shah, Ankim Shah, Bharay Parikh, Bhupendra Patel a/k/a Bhupen Patel, Rita Shah,

BE:12658527.1/SHA364-270579

Divyakant Patel, Harshad Patel a/k/a Harshadku I. Patel, Ketul Desai, Bhrat Shah, Rikesh, and Desai in the amount of $4,154,329.98;

**WHEREAS** that Judgement was assigned to Marina Capital, LLC c/o Falcon Companies 3 Beck Farm Road, Suite 404, Roseland, NJ 07068 by way of Assignment of Judgement filed with the Court on November 6, 2017

**THEREFORE**, this is your Warrant and authority to enter on the aforesaid record this Satisfaction of Judgment on behalf of Plaintiff/Assignee Marina Capital, LLC and against Defendant <u>Rita Shah ONLY</u>.

**BRACH EICHLER LLC**

Dated: July 21, 2022     By: _____
　　　　　　　　　　　　　　Anthony M. Rainone, Esq.
　　　　　　　　　　　　　　101 Eisenhower Parkway
　　　　　　　　　　　　　　Roseland, New Jersey 07068
　　　　　　　　　　　　　　(973) 228-5700
　　　　　　　　　　　　　　arainone@bracheichler.com
　　　　　　　　　　　　　　*Attorneys for Defendants*

I hereby swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 30, 2022     By: _____
　　　　　　　　　　　　　　Anthony M. Rainone, Esq.